**Order entered October 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01138-CR
### No. 05-16-01139-CR
### No. 05-16-01140-CR

**DERRICK BRANNON SULLIVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1324555-S**

## ORDER

Niles Illich's Motion to Withdraw as Counsel for appellant is **GRANTED.** The clerk is directed to update the court's records to reflect that Niles Illich is no longer appellant's counsel of record and all future orders and notices are forwarded to appellant, pro se at: TDCJ No. 02092943, Wallace Unit, 1675 South FM 3525, Colorado City, TX 79512.

Appellant's Motion for Sanctions is **DENIED**.

/s/    BILL WHITEHILL
        JUSTICE